*In re* ALIANO.

*In re* VARANA.

*(Circuit Court, S. D. New York. September 8, 1890.)*

IMMIGRATION—CONVICTS—WHO ARE.

An immigrant who has been convicted in the country from which he came of an assault with a deadly weapon, and has served the term of imprisonment imposed, is a convict, within the meaning of the act regulating immigration.

At Law.

*A. C. Astarita,* for relators.

*Abram J. Rose,* Asst. U. S. Dist. Atty.

LACOMBE, Circuit Judge. The relators, by their own admission, were found guilty in the country from which they came of an assault with a deadly weapon. They were sentenced to two and four months' imprisonment, respectively, and have served their terms. They are clearly convicts, within the meaning of the act regulating immigration.